IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA D. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV348 |
| | ) | |
| v. | ) | |
| | ) | |
| CINTAS CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to extend deadline, filing no. 17, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to today, March 30, 2009.

DATED this 30th day of March, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge