IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA D. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV348 |
| | ) | |
| V. | ) | |
| | ) | |
| CINTAS, Corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In Magistrate Judge Piester's absence,

IT IS ORDERED that the telephone planning conference will be held with Judge Kopf on Tuesday, June 16, 2009, at 9:30 AM, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 12th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge