IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA D. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV348 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| CINTAS Corporation, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I conferred by telephone with counsel today regarding planning. With their agreement,

IT IS ORDERED that:

(1) The parties shall complete their discovery by September 1, 2009.

(2) The parties agree to mediate and shall complete their mediation by September 1, 2009.

(3) All dispositive motions shall be filed by November 2, 2009.

(4) A pretrial conference will be held by the undersigned with counsel in chambers on December 9, 2009, at 12:00 noon.

(5) This case is set as the number one civil case for a two-day jury trial commencing January 25, 2010, before the undersigned.

(6) Until otherwise ordered by the Court, the undersigned will handle all matters in this case previously handled by Magistrate Judge Piester. Cheryl Zwart of the Court's staff will monitor this case and bring to my attention any matters that require resolution.

DATED this 16th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge